DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABRAHAM H. SEGALL,**
Appellant,

v.

**WACHOVIA BANK, N.A.,**
as trustee for J.P. Morgan Mortgage Trust, 2005-A8,
Appellee.

No. 4D22-959

[March 1, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE09004020 (11).

Brian Korte of Korte & Associates, LLC, Singer Island, for appellant.

Jan Timothy Williams of Lapin & Leichtling, LLP, Jacksonville, and Adam B. Leichtling of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed. See Petrysian v. Metro. Gen. Ins. Co.*, 672 So. 2d 562, 563 (Fla. 5th DCA 1996) ("A change in the applicable rule of law resulting from a later appellate decision in an unrelated case is not a ground to vacate a final order.").

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***